# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

        v.                                                       Crim. No. 5:95-CR-110-1BR

Steve Silver

      On May 24, 2012, the above named was placed on supervised release for a period of three years. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                     Respectfully submitted,

/s/Michael C. Brittain                                    /s/Timothy L. Gupton  
Michael C. Brittain                                            Timothy L. Gupton  
Senior U.S. Probation Officer                        U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this   4   day of   February  , 2016.

                                                                     W. Earl Britt  
                                                                     Senior U.S. District Judge